**DISMISS and Opinion Filed June 17, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00379-CV**

**BONNIE JEAN PARKER AND DONNA LEE FUNK, Appellants**
**V.**
**THOMAS EDWARD LATHAM, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-05733-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Justice Molberg

Appellants have filed a motion for voluntary dismissal of this appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Ken Molberg/
KEN MOLBERG
JUSTICE

240379F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BONNIE JEAN PARKER AND
DONNA LEE FUNK, Appellants

No. 05-24-00379-CV          V.

THOMAS EDWARD LATHAM,
Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-22-05733-
E.
Opinion delivered by Justice
Molberg. Chief Justice Burns and
Justice Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered June 17, 2024